AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| Cequent Performance Products, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:13-cv-209 |
| | ) | |
| Pacific Rim International, LLC | ) | Judge Gwin |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pacific Rim International, LLC
14695 NW Vance Road
Portland, OR 97229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David B. Cupar
McDonald Hopkins LLC
600 Superior Ave., East
Suite 2100
Cleveland, Ohio 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
*CLERK OF COURT*

Date: 01/29/2013

s/Bruce Chancellor
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-209

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pacific Rim International, LLC
was received by me on *(date)* January 29, 2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* In accordance with Federal Civil Rules 4(h)(1)(A) and 4(e)(1) I served Pacific Rim on February 21, 2013, by certified mail with return receipt requested in accordance with Ohio law, as evidenced by the attached proofs of delivery.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Mar. 15, 2013

*Server's signature*

Matthew J. Cavanagh, attorney for plaintiff
*Printed name and title*

McDonald Hopkins LLC
600 Superior Ave., East, Ste. 2100
Cleveland, Ohio 44114
*Server's address*

Additional information regarding attempted service, etc:



**UNITED STATES POSTAL SERVICE**

Date: 03/01/2013

NANCY WASIKOWSKI:

The following is in response to your 03/01/2013 request for delivery information on your Express Mail(R) item number EV92 6900 641U S. The delivery record shows that this item was delivered on 02/21/2013 at 11:39 AM in PORTLAND, OR 97229 to J YUAN. The scanned image of the recipient information is provided below.

Signature of Recipient: *Jung Uan* / Printed Name: *Jun Yuan*

Address of Recipient: *5040 NW 135th Ave*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



**UNITED STATES POSTAL SERVICE**

Date: 03/01/2013

NANCY WASIKOWSKI:

The following is in response to your 03/01/2013 request for delivery information on your Express Mail(R) item number EV92 6900 655U S. The delivery record shows that this item was delivered on 02/21/2013 at 11:20 AM in PORTLAND, OR 97206 to L W. The scanned image of the recipient information is provided below.

Signature of Recipient: *Li Wei*

Address of Recipient: *7059 Powell*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service