IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CEQUENT PERFORMANCE PRODUCTS, INC.,** | ) ) ) | **CASE NO. 1:13CV00209** |
| | ) | **JUDGE JAMES S. GWIN** |
| Plaintiff, | ) ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PACIFIC RIM INTERNATIONAL, LLC,** | ) ) ) | |
| Defendant. | ) | |

The plaintiff(s) shall identify experts, if any, by July 1, 2013. The defendant(s) is to identify experts, if any, by July 29, 2013. **"Identify"** means to provide the expert's name and *curriculum vitae*. The parties must exchange expert reports at least 90 days before the date set for trial. Counsel are to provide the Court with copies of expert reports.

Any objection to the qualifications of expert witnesses under *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, must be filed two months before the standby trial date. **A party WAIVES the right to object to the qualifications of a testifying witness if the party fails to file an objection by this date.** Responses to such motions must be filed no later than 7 consecutive days after the motion is filed.

    **IT IS SO ORDERED.**


Dated: June 10, 2013
                          *s/ James S. Gwin*
                          JAMES S. GWIN
                          UNITED STATES DISTRICT JUDGE